PROB 12C
(7/93)

FILED
JUL 31 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

### Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Steven Gerardo Perez                    Case Number: DR:19-CR-01802(1)-AM

Name of Sentencing Judicial Officer:  Honorable Alia Moses, United States District Judge

Date of Original Sentence: September 22, 2020

Original Offense:  Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324

Original Sentence: 36 months' imprisonment followed by a three- year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: June 24, 2022

Assistant U.S. Attorney: Ben Tonkin          Defense Attorney: Sylvia Ann Cavazos (appointed)

### PREVIOUS COURT ACTION

On September 30, 2022, a Probation Form 12C was filed with the Court advising the defendant was arrested for Driving While Intoxicated in Travis County, Texas. A warrant was issued for the defendant's arrest and revocation proceedings remain pending.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Special Condition: The defendant shall abstain from the use of alcohol and any and all intoxicants.** |
| 2. | **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.** |
| 3. | **Mandatory Condition No. 2: The defendant shall not unlawfully possess a controlled substance.** |
| 4. | **Standard Condition No. 10: The defendant shall not own, posses, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified, for the specific purpose of causing bodily injury or death to another person such as nunchakus or taser).** |

According to an arrest affidavit, on or about September 22, 2022, an officer with the Austin Police Department observed a vehicle stopped in the inside lane of a busy roadway with its hazard lights on. Other vehicles were seen having to move over in order to avoid colliding with the vehicle. The driver of the vehicle was then observed driving forward and making a left turn, striking the curb. A traffic stop was then initiated. The officer approached the vehicle,

Steven Gerardo Perez
DR:19-CR-01802(1)-AM
Amended Petition for Warrant or Summons
Page 2

and the driver was identified as Steven Perez. A moderate odor of alcohol was emitting from his person. Additionally, his speech was slurred, and he swayed as he moved. The defendant refused the field sobriety tests and had a combative attitude. The defendant denied having consumed any alcohol, unopened bottles of beer were discovered in the vehicle. The defendant was arrested for Driving While Intoxicated and taken into custody. The case remains pending in Travis County, Texas, under cause no. C-1-CR-22-209084. The defendant was subsequently released from custody and reported the arrest to his officer. *On May 2, 2024, the case was dismissed.*

*According to an arrest affidavit, on or about July 12, 2024, a vehicle was seen disregarding a red traffic signal. A traffic stop was initiated, and police made contact with the defendant. Upon contact, the defendant attempted to exit the vehicle and was instructed to get back inside. He refused to comply and was detained for the officer's safety. While officers were speaking with the defendant, a clear plastic baggy filled with a white powdery substance was seen on the driver's side panel. The substance was later determined to be 27.3 grams of cocaine. A search of the vehicle then resulted in in the discovery of a 9mm SIG pistol.*

*The defendant was placed under arrest and taken into custody for Possession of a Controlled Substance with Intent to Deliver, Cause No. D-1-DC-24-205092, and Unlawful Carry of a Weapon, Cause No. C-1-CR-24-207430. These cases are still pending in Travis County, Texas. Additionally, the federal detainer was lodged from the supervision warrant.*

U.S. Probation Officer Recommendation: *As evident by his numerous arrests throughout his term, the defendant has disregarded his conditions of supervision and remains a danger to the community. Therefore, it is respectfully recommended that his term of supervised release be revoked.*

The term of supervision should be

☒ revoked.  (Maximum penalty: __2__ years imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

Respectfully Submitted,

_____
Hector Garcia
Supervising U.S. Probation Officer

_____
Miguel Rodriguez
U.S. Probation Officer,
Date: July 24, 2024
Telephone #: 512-650-6469

Approved:

_____
James T. Ward
Supervisory Assistant U.S. Attorney

cc: Andrew Gonzalez
    Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

- [x] No action. The Petition for Warrant was amended to include new law violations. Copies will be provided to the attorneys.
- [ ] The issuance of a WARRANT. Bond is set in the amount of $_____ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
- [ ] The issuance of a SUMMONS.
- [ ] Other:

_____
Honorable Alia Moses
Chief U.S. District Judge

7/31/24
_____
Date